1
2
3
4
5
6
7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12   US PHILIPS CORPORATION,                    )        Case No.: C 07-80095 JW (PVT)
                                                )
13                        Plaintiff,            )        **INTERIM ORDER RE:**
                                                )
14          v.                                  )        **1) DEFENDANTS' APPLICATION FOR**
                                                )        **ORDER TO SHOW CAUSE AND MOTION TO**
15   INTERNATIONAL NORCENT                      )        **COMPEL PRODUCTION OF DOCUMENTS**
     TECHNOLOGY, et al.,                        )        **DESCRIBED IN SUBPOENA; AND**
16                                              )
                          Defendants.           )        **2) DEFENDANTS' MOTION FOR SANCTIONS**
17   _____        )

18          On April 3, 2007, Defendants International Norcent Technology and Norcent Holdings

19   (Defendants") filed a document entitled Application for Order to Show Cause and Motion to Compel

20   Production of Documents Described in Subpoena, and a separate Motion for Sanctions, which

21   erroneously set the hearings on District Judge Ware's law and motion calendar.[1]  It also appears

22   Defendants have not filed any proofs of service.  Based on the moving papers submitted,

23          IT IS HEREBY ORDERED that Defendants shall promptly file an amended notice of motion

24   setting the hearing on Magistrate Judge Patricia V. Trumbull's law and motion calendar.[2]

25   _____

26          [1]      The holding of this court is limited to the facts and the particular circumstances
     underlying the present motion.

27          [2]      Pursuant to the San Jose Division's Standing Order Regarding Case Management in Civil
28   Cases, "All disclosure or discovery disputes in cases assigned to district judges are referred to the
     assigned magistrate judge for determination pursuant to Fed.R.Civ.P. 72(a)."  Assigned Magistrate Judge
     Patricia V. Trumbull's law and motion calendar is held Tuesdays at 10:00 a.m. in courtroom 5.

ORDER, *page 1*

1       IT IS FURTHER ORDERED that Defendants' motion for sanctions is STAYED pending

2 resolution of Defendants' motion to compel.  After the court rules on the motion to compel, if

3 warranted Defendants may re-notice the motion for sanctions on Magistrate Judge Trumbull's law

4 and motion calendar on three weeks notice.  Any opposition shall be due 10 court days (two weeks)

5 before the hearing.  Any reply shall be due 5 court days (1 week) before the hearing.

6       IT IS FURTHER ORDERED that, no later than April 10, 2007, Defendants shall file a proof

7 of service showing that all of the motion papers and a copy of this order have been served on Philips

8 Electronics North America Corporation, as well as all parties to this lawsuit.

9 Dated: *4/4/07*

10

11 PATRICIA V. TRUMBULL
United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28