UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| US PHILIPS CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERNATIONAL NORCENT ) <br> TECHNOLOGY, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: C 07-80095 JW (PVT) <br><br> **ORDER RE: INCOMPLETE SERVICE OF MOTION PAPERS** |

On April 4, 2007, this court issued an interim order re Defendants'[1] Application for Order to Show Cause and Motion to Compel Production of Documents Described in Subpoena, and a separate Motion for Sanctions (the "Interim Order").[2] Among other things, the Interim Order directed Defendants to, no later than April 10, 2007, "file a proof of service showing that all of the motion papers and a copy of this order have been served on Philips Electronics North America Corporation, *as well as all parties to this lawsuit*" (emphasis added). On April 10, 2007, Defendants filed proofs of service of the documents on Philips Electronics North America Corporation, but it appears Defendants did not file any proof of service of the documents on the other parties to this

---

[1] As used herein, "Defendants" refers to Defendants International Norcent Technology and Norcent Holdings, Inc.

[2] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

lawsuit. Therefore,

IT IS HEREBY ORDERED that, no later than April 17, 2007, Defendants shall file a proof of service showing that all of the motion papers, a copy of the Interim Order, and a copy of this order have been served on Plaintiff and any other parties to this lawsuit.

IT IS FURTHER ORDERED that Defense counsel shall also promptly meet and confer with counsel for Plaintiff and any other parties to the lawsuit regarding whether any of those parties intend to file an opposition or other response to the motion, and whether they need additional time to file their responsive papers in light of Defendants' failure to timely serve them with the motion papers. No later than April 19, 2007, Defendants shall file a declaration setting forth the results of that meet and confer.

Dated: *4/12/07*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*