UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| US PHILIPS CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>INTERNATIONAL NORCENT TECHNOLOGY, et al.,<br><br>  Defendants. | Case No.: C 07-80095 JW (PVT)<br><br>**FURTHER INTERIM ORDER RE: APPLICATION FOR ORDER TO SHOW CAUSE AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS DESCRIBED IN SUBPOENA** |

On April 3, 2007, Defendants[1] filed an Application for Order to Show Cause and Motion to Compel Production of Documents Described in Subpoena, and a separate Motion for Sanctions (the "Interim Order").[2]  Having reviewed the moving, opposition and reply papers,

IT IS HEREBY ORDERED that the hearing is continued to 10:00 a.m. on May 22, 2007.[3]

IT IS FURTHER ORDERED that non-party Philips Electronics North America Corporation ("PENAC") has not waived its objections to the subpoena.

---

[1] As used herein, "Defendants" refers to Defendants International Norcent Technology and Norcent Holdings, Inc.

[2] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

[3] If any counsel have a scheduling conflict with this hearing date, they shall immediately contact chambers at (408) 535-5438 to reschedule the hearing.

ORDER, *page 1*

1  IT IS FURTHER ORDERED that, no later than May 16, 2007, the parties and non-party
2  PENAC shall meet and confer, either in person or by telephone, regarding PENAC's specific
3  objections to each category of requested documents. The meet and confer should address, for each
4  disputed category, the following issues: 1) whether the same specific documents are within
5  possession, custody or control of Plaintiff, and if so whether Plaintiff already agrees to produce the
6  specific documents or if the specific documents are subject to a motion to compel in the trial court;[4]
7  2) what kind of documents are in PENAC's possession, custody or control that may be responsive to
8  the request; 3) the likelihood that the responsive documents will provide information relevant to the
9  issues in dispute; 4) what burden on PENAC will be involved in producing the requested documents;
10  5) a reasonable scope for production.

11  IT IS FURTHER ORDERED that, no later than May 18, 2007, the parties and PENAC shall
12  each file a supplemental brief stating their position for each category of documents that remains in
13  dispute after the foregoing meet and confer process.

14  Dated: May 11, 2007

15  _____
   PATRICIA V. TRUMBULL
16  United States Magistrate Judge

---

[4] To the extent the documents are within Plaintiff's possession, custody or control, and are already subject to a motion to compel in the trial court, this court will defer to the trial court's ruling regarding those specific documents.